# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| **/S/   Shawn M. French** _____ **Shawn** **M. French**, District Court ID: 9941 1476 Ben Sawyer Blvd, STE 3 MT. Pleasant, SC 29464 843-606-6440 | |

| | |
|---|---|
| **In Re:** | **:  CHAPTER 7** |
| | **:** |
| **Benjamin Basford Bryson,** | **:  BANKRUPTCY CASE** |
| | **:  NO. 17-04677-dd** |
| Debtors. | **:** |
| | **:** |
| **Dennis Fassuliotis, personally, and Dennis Fassuliotis dba Dennis Fassuliotis Company,** | **:  Adv. Proceeding No. 18-80002-DD** |
| Plaintiff, | **:  Stipulation of Dismissal** |
| **v.** | **:** |
| **Benjamin Basford Bryson,** | **:** |
| Defendants. | **:** |

Dennis Fassuliotis, personally and Dennis Fassuliotis d/b/a Dennis Fassuliotis Company, the Plaintiff in the above captioned adversary proceeding, hereby dismisses this adversary proceeding pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure made applicable to this proceeding by Rule 7041 of the Rules of Bankruptcy Procedure.  The Defendant to this action consents to the dismissal of this action.

I SO MOVE:                                            I CONSENT:

FRENCH LAW FIRM                              CAMPBELL LAW FIRM, P.A.

/s/Shawn M. French, Sr.                          /s/ Michael Conrady
SHAWN M. FRENCH                            MICHAEL H. CONRADY
Attorney for the Plaintiff                          Attorney for the Defendant
1476 Ben Sawyer Blvd., Suite 3               Post Office Box 684
Mt. Pleasant, SC 29464                          Mt. Pleasant, SC 29465
(843) 606-6440                                       (843) 884-6874 / 884-0997 (fax)
shawn@thefrenchlawfirm.com               mconrady@campbell-law-firm.com
District Court I.D. No. 9941                     District Court ID No. 5560